

**DIAMOND McCARTHY** LLP

1999 AVENUE OF THE STARS, SUITE 1100
LOS ANGELES, CALIFORNIA 90067

MELODY SHABPAREH | PARALEGAL
MSHABPAREH@DIAMONDMCCARTHY.COM
P. 310.651.2997

October 19, 2015

Susan Y. Soong, Clerk of Court
Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: SEC v. Secured Capital Investments, LLC
Central District Court Case No. EDCV15-01792-VAP-(KKx)

To the Clerk of the Court:

Our office represents Robert Mosier, the duly appointed Receiver in the above-referenced action (the "Action") brought by the Securities and Exchange Commission. Pursuant to 28 U.S.C. §754, the Receiver hereby files the Notice of Receivership and Request for the Issuance of a Miscellaneous Case Number attaching as Exhibit (1) certified copy of the complaint and Exhibit (2) certified copy of order re preliminary injunction and appointment of receiver. Please open a new miscellaneous case in your District using the caption on the attached document.

Enclosed please find a check in the amount of $46 for the filing fee and a return federal express label with an envelope to return the conformed copy back to us.

Please contact me immediately if you have any questions.

Sincerely,

*/s/ Melody Shabpareh*
Melody Shabpareh

Enclosures